**Order entered March 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01276-CV

### EX PARTE: HAROLD CORNISH

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. X11-555-R**

## ORDER

We **REINSTATE** the appeal. We **ORDER** appellant's brief tendered to this Court on

March 25, 2013 filed as of the date of this order.

/s/ CAROLYN WRIGHT
   CHIEF JUSTICE